435 A.2d 648

Hughes, Appellant, v. Phoenix Mutual Life Insurance Co.

Argued April 16, 1980.

Charles M. Schwartz, for appellant;  Alexander Black, for appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Order affirmed.

435 A.2d 648

Kashnicki v. Kashnicki, Appellant.

Submitted February 25, 1981.   Kimberly D. Borland, for appellant;  John A. Bednarz, Jr., for appellee.

Before SPAETH, JOHNSON and WIEAND, JJ.

Order of August 29, 1980, is affirmed.